United States District Court
Southern District of Texas
**ENTERED**
August 31, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SANTOS I. LOPEZ MEJIA,<br>Petitioner, | §<br>§<br>§ | |
| VS. | § | CIVIL ACTION NO. 4:26-5022 |
| WARDEN, MONTGOMERY PROCESSING CENTER, *et al.*<br>Respondents. | §<br>§<br>§<br>§ | |

## ORDER OF DISMISSAL

Upon consideration of Petitioner's Motion to Dismiss, the Court finds that Petitioner's habeas petition has been rendered moot, as Petitioner has been granted voluntary departure from the United States. As a result, the petitioner is no longer subject to continued immigration detention and no longer seeks the relief requested in his habeas petition. This renders his petition moot, as there is no relief the Court can grant through habeas review.

Accordingly, the Court **ORDERS** as follows:

1. The petitioner's Motion to Dismiss (Dkt. 5) is **GRANTED**.

2. This case is **DISMISSED WITHOUT PREJUDICE** as moot.

3. Any remaining pending motions are **DENIED AS MOOT**.

The Clerk will provide a copy of this order to the parties.

SIGNED at Houston, Texas, on August 29, 2026.

George C. Hanks Jr.

GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE